IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHAMBER OF COMMERCE FOR GREATER PHILADELPHIA, on behalf of its members,  :  :  :  Plaintiff,  : : v.  : CITY OF PHILADELPHIA and PHILADELPHIA COMMISSION ON, HUMAN RELATIONS,  : : : : Defendants.  : | CIVIL ACTION  No. 17-1548 |

## ORDER

**AND NOW,** this 13th day of April, 2017, in light of "Plaintiff's Motion for a Preliminary Injunction" (Doc. No. 3), it is hereby **ORDERED** that a telephone conference is scheduled for 2:00 p.m. on Monday, April 17, 2017. Plaintiff's counsel shall initiate the call and connect Chambers (267-299-7500) when all parties are on the line.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**