## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE CHAMBER OF COMMERCE** | : | |
| **FOR GREATER PHILADELPHIA,** | : | |
| on behalf of its members, | : | **CIVIL ACTION** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 17-1548** |
| | : | |
| **CITY OF PHILADELPHIA and** | : | |
| **PHILADELPHIA COMMISSION ON,** | : | |
| **HUMAN RELATIONS,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 18th day of April, 2017, upon consideration of "Plaintiff's Motion for a Preliminary Injunction" (Doc. No. 3), following a telephone conference and by agreement of counsel for Defendants, it is hereby **ORDERED** the effective date of the Ordinance at issue in this case amending the City of Philadelphia's "Fair Practices Ordinance: Protections Against Unlawful Discrimination," Phila. Code § 9-1101 et seq., is **STAYED** pending resolution of "Plaintiff's Motion for a Preliminary Injunction."

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**