IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHAMBER OF COMMERCE FOR GREATER PHILADELPHIA, Individually and on behalf of its members,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA and PHILADELPHIA COMMISSION ON HUMAN RELATIONS,<br><br>Defendants. | CIVIL ACTION<br><br>No. 17-1548 |

## ORDER

**AND NOW,** this 15th day of September, 2017, upon consideration of "Motion of Women's Law Project and 27 Organizations Dedicated to Gender Wage Equity for Leave to File *Amici Curiae* Brief in Support of Defendants' Opposition to Plaintiff's Amended Motion for a Preliminary Injunction" (Doc. No. 65), it is hereby **ORDERED** that the motion is **GRANTED** as unopposed. Accordingly, the Clerk of Court is **ORDERED** to **FILE** Attachment 3 of Doc. No. 65 as a separate document on ECF.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**

1