# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| THE CHAMBER OF COMMERCE FOR GREATER PHILADELPHIA, Individually and on behalf of its members,     : | CIVIL ACTION |
|     : |  |
| Plaintiff,     : |  |
|     : |  |
| v.     : | No. 17-1548 |
|     : |  |
| CITY OF PHILADELPHIA and PHILADELPHIA COMMISSION ON HUMAN RELATIONS,     : |  |
|     : |  |
| Defendants.     : |  |

## ORDER

**AND NOW,** this 8th day of January, 2018, upon consideration of correspondence received from Plaintiff on January 4, 2018, it is hereby **ORDERED** that the oral argument scheduled for **Tuesday, January 9, 2018 at 2:30 p.m.** is **RESCHEDULED** for **Thursday, February 1, 2018 at 2:00 p.m.**, in Courtroom 4-B. The parties shall be prepared to address the questions outlined in my December 4, 2017 Order. (Doc. No. 82.)

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**

1