IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHAMBER OF COMMERCE<br>FOR GREATER PHILADELPHIA,<br>individually and on behalf of its members,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA and<br>PHILADELPHIA COMMISSION ON<br>HUMAN RELATIONS,<br><br>Defendants. | CIVIL ACTION<br><br>No. 17-1548 |

# ORDER

**AND NOW,** this 30th day of April, 2018, upon consideration of "Plaintiff's Motion for a Preliminary Injunction" (Doc. No. 32), "The City of Philadelphia's Memorandum of Law in Opposition to Motion for Preliminary Injunction and in Support of a Request for a Hearing on the Motion" (Doc. No. 63), "Plaintiff's Reply Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction and in Opposition to the City's Request for an Evidentiary Hearing" (Doc. No. 79), "The City of Philadelphia's Surreply in Opposition to Motion for Preliminary Injunction and in Support of a Request for Discovery and a Hearing on the Motion" (Doc. No. 81), and following Oral Argument held on February 1, 2018, and in accordance with the accompanying Memorandum Opinion,[1] it is hereby **ORDERED** that:

---

[1] I have also considered "Brief of Amici Curiae Chamber of Commerce of the United States of America, the Pennsylvania Chamber of Business and Industry, the Pennsylvania Manufacturers' Association, and the National Federation of Independent Business Small Business Legal Center in Support of Plaintiff's Motion for a Preliminary Injunction" (Doc. No. 46), "Brief of Amici Curiae the African-American Chamber of Commerce of Pennsylvania, New Jersey and Delaware and the Latino Coalition in Support of Plaintiff's Motion for a Preliminary

1

- "Plaintiff's Motion for a Preliminary Injunction" (Doc. No. 32) is **GRANTED** in part and **DENIED** in part.

- Defendants are **ENJOINED** from implementing § 9-1131(2)(a)(i) of The Philadelphia Code.

- The Motion is **DENIED** as to § 9-1131(2)(a)(ii) of The Philadelphia Code.

- The preliminary injunction shall not issue until Plaintiff posts a bond in the amount of $100.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**

---

Injunction" (Doc. No. 54), "Brief of Washington Legal Foundation as Amicus Curiae in Support of Plaintiff's Motion for a Preliminary Injunction" (Doc. No. 59), "Brief of Amici Curiae Women's Law Project and 27 Organizations Dedicated to Gender Wage Equity in Support of Defendants' Opposition to Plaintiff's Amended Motion for a Preliminary Injunction" (Doc. No. 69), and "Brief of Amici Curiae American Civil Liberties Union and American Civil Liberties Union of Pennsylvania in Support of Defendants' Opposition to Plaintiff's Amended Motion for a Preliminary Injunction." (Doc. No. 77).