IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHAMBER OF COMMERCE : <br> FOR GREATER PHILADELPHIA, : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> CITY OF PHILADELPHIA, : <br> PHILADELPHIA COMMISSION : <br> ON HUMAN RELATIONS, : <br>     Defendants. : | Civil Action <br> No. 17-1548 |

## NOTICE OF APPEAL

Notice is hereby given that Defendants in the above-captioned case, the City of Philadelphia and the Philadelphia Commission on Human Relations, appeal from the Order and Opinion entered on April 30, 2018, by the United States District Court for the Eastern District of Pennsylvania (Goldberg, J.), granting in part Plaintiff's Motion for a Preliminary Injunction, without the benefit of a hearing and discovery, by enjoining the City from enforcing § 9-1131(2)(a)(i) of The Philadelphia Code.  See 28 U.S.C. § 1292(a)(1) (providing for interlocutory appeal of granting of injunction).

                             CITY OF PHILADELPHIA LAW DEPT.
                             MARCEL S. PRATT, City Solicitor

Date:  May 25, 2018      /s/ Jane Lovitch Istvan
                                    BY:  Jane Lovitch Istvan
                                    Chief Deputy City Solicitor, Appeals
                                    1515 Arch Street – 17th Floor
                                    Philadelphia PA 19102-1595
                                    (215) 683 – 5014
                                    Counsel for City of Philadelphia

## CERTIFICATE OF SERVICE

I certify that I electronically filed and served this Notice of Appeal by ECF on May 25, 2018, where it is available for viewing and printing.

/s/ Jane Lovitch Istvan
Jane Lovitch Istvan, Appeals
City of Philadelphia Law Dept.
17th Floor, One Parkway Bldg.
Philadelphia, PA  19102-1595
(215) 683 – 5014

Attorney for Defendants/Appellants
City of Philadelphia and
Philadelphia Commission on Human Relations