IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CHAMBER OF COMMERCE FOR GREATER PHILADELPHIA, on behalf of its members, : : : : Plaintiff, : : v. : : CITY OF PHILADELPHIA and PHILADELPHIA COMMISSION ON, HUMAN RELATIONS, : : : : Defendants. : | CIVIL ACTION  No. 17-1548 |

## ORDER

**AND NOW,** this 29th day of June, 2018, by agreement of the parties, my April 19, 2017 Order staying the effective date of the City of Philadelphia's "Fair Practices Ordinance: Protections Against Unlawful Discrimination," Phila. Code § 9-1101 et seq., (Doc. No. 21) is **EXTENDED** until further notice.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
Mitchell S. Goldberg, J.